IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JASON SHEPPERD, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV-08-475-S-BLW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| LAWRENCE WASDEN, Attorney General, | ) ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court previously entered an Order denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.



DATED: **February 20, 2010**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT** 1